UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUIDEONE SPECIALTY MUTUAL
INSURANCE COMPANY,

Index No.: 07 CIV 9419 (PKL)(JEH)

Plaintiff,

-against-                                    **NOTICE OF APPEARANCE**

BRONX BAPTIST CHURCH INC.,
BRONX BAPTIST CHURCH,
BRONX BAPTIST DAY CARE CENTER, INC.,
BRONX BAPTIST DAY CARE AND LEARNING
CENTER, HANNAH GONZALEZ, infant by m/n/g
CELIA ANDJUR, CELIA ANDUJAR, individually,
2381 VALENTINE AVENUE LLC,

Defendants.

---

Please enter the appearance of William J. O'Mahony as counsel for the Defendant, BRONX BAPTIST CHURCH, INC., incorrectly s/h/a BRONX BAPTIST CHURCH, BRONX BAPTIST DAY CARE CENTER, INC. and BRONX BAPTIST DAY CARE AND LEARNING CENTER, in the above-captioned matter.

Respectfully submitted,

By: _____
William J. O'Mahony (WO-9284)
QUADRINO SCHWARTZ
666 Old Country Road - Ninth Floor
Garden City, New York 11530
(516) 745-1122
(516) 745-0844 (fax)
wjo@quadrinoschwartz.com