## CERTIFICATE OF SERVICE

I William J. O'Mahony, hereby certify that on March 31, 2008, I electronically filed the foregoing Defendant's, BRONX BAPTIST CHURCH, INC., Notice of Appearance with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Andrew A. Seeley, Esq.
> HURWITZ & FINE, P.C.
> Attorneys for Plaintiff
> *Guideone Speciality Mutual Insurance Company*
> 1300 Liberty Building
> Buffalo, New York 14202
> (716) 849-8900

I further certify that I mailed the foregoing documents by first class mail to the following:

> Hannah Gonzalez
> c/o Celia Andujar
> 2381 Valentine Avenue
> Bronx, New York 10458
>
> Celia Andujar
> 2381 Valentine Avenue
> Bronx, New York 10458
>
> 2381 Valentine Avenue LLC
> c/o Hugh Lewis
> 1306 Fteley Avenue
> Bronx, New York 10472

Dated: Garden City, New York
March 31, 2008

By: _____
William J. O'Mahony (WO-9284)
QUADRINO SCHWARTZ
Attorneys for Defendants
*Bronx Baptist Church, Inc., incorrectly s/h/a Bronx Baptist Church, Bronx Baptist Day Care Center, Inc., and Bronx Baptist Day Care and Learning Center*
666 Old Country Road - Ninth Floor
Garden City, New York 11530
(516) 745-1122