UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

GUIDEONE SPECIALTY MUTUAL
INSURANCE COMPANY,

                Plaintiff,

   -against-

BRONX BAPTIST CHURCH INC.,
BRONX BAPTIST CHURCH,
BRONX BAPTIST DAY CARE CENTER, INC.,
BRONX BAPTIST DAY CARE AND LEARNING
CENTER, HANNAH GONZALEZ, infant by m/n/g
CELIA ANDJUR, CELIA ANDUJAR, individually,
2381 VALENTINE AVENUE LLC,

                Defendants.
---

Index No.: 07 CIV 9419 (PKL)(JEH)

**LOCAL RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible Disqualification or recusal, the undersigned counsel for Bronx Baptist Church, Inc. incorrectly s/h/a Bronx Baptist Church, Bronx Baptist Day Care Center, Inc., and Bronx Baptist Day Care and Learning Center (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                NONE

Dated: Garden City, New York
       March 31, 2008

By: _____
William J. O'Mahony (WO-9284)
QUADRINO SCHWARTZ
Attorneys for Defendants
*Bronx Baptist Church, Inc., incorrectly s/h/a Bronx Baptist Church, Bronx Baptist Day Care Center, Inc., and Bronx Baptist Day Care and Learning Center*
666 Old Country Road - Ninth Floor
Garden City, New York 11530
(516) 745-1122