## CERTIFICATE OF SERVICE

I William J. O'Mahony, hereby certify that on March 31, 2008, I electronically filed the foregoing Defendant's, BRONX BAPTIST CHURCH, INC., Verified Answer with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Andrew A. Seeley, Esq.
>HURWITZ & FINE, P.C.
>Attorneys for Plaintiff
>*Guideone Speciality Mutual Insurance Company*
>1300 Liberty Building
>Buffalo, New York 14202
>(716) 849-8900

I further certify that I mailed the foregoing documents by first class mail to the following:

>Hannah Gonzalez
>c/o Celia Andujar
>2381 Valentine Avenue
>Bronx, New York 10458

>Celia Andujar
>2381 Valentine Avenue
>Bronx, New York 10458

>2381 Valentine Avenue LLC
>c/o Hugh Lewis
>1306 Fteley Avenue
>Bronx, New York 10472

Dated: Garden City, New York
March 31, 2008

By: _____
William J. O'Mahony (WO-9284)
QUADRINO SCHWARTZ
Attorneys for Defendants
*Bronx Baptist Church, Inc., incorrectly s/h/a Bronx Baptist Church, Bronx Baptist Day Care Center, Inc., and Bronx Baptist Day Care and Learning Center*
666 Old Country Road - Ninth Floor
Garden City, New York 11530
(516) 745-1122